| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | GARY M. LEUIS<br>Special Assistant United States Attorney |
| 3 | MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>  UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>CLAIRE E. SPEAKE,<br><br>         Defendant. | Case No. 1:18-po-00284-SAB<br><br>[Violation Notice #F5384079 CA/42]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Gary M. Leuis, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:18-po-00284-SAB [Violation Notice #F5384079 CA/42] against CLAIRE E. SPEAKE, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 29, 2018                              Respectfully submitted,

                                                     McGREGOR W. SCOTT
                                                     United States Attorney

                                          By:        /s/ Gary M. Leuis
                                                     GARY M. LEUIS
                                                     Special Assistant United States Attorney

1

# **O R D E R**

IT IS HEREBY ORDERED that Case Number 1:18-po-00284-SAB [Violation Notice #F5384079 CA/42] against CLAIRE E. SPEAKE be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **October 30, 2018**

UNITED STATES MAGISTRATE JUDGE